```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ANDREW McCORD                                    CIVIL ACTION

VERSUS                                           NUMBER: 11-00522

FAB-CON, INC., ET AL.                            SECTION: "J"(5)


<u>ORDER ON MOTION</u>
<u>JANUARY 3, 2012</u>


APPEARANCES:

MOTION:

(1)   C&M's  Motion for Sanctions (Rec. doc. 15)

  _____ :   Continued to

  __1__ :   No opposition filed within the time limit prescribed by
            Local Rule 7.5.

  _____ :   Opposition

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted as unopposed. The Court hereby awards defendant $875.00 in attorney's fees and costs, payable by plaintiff and/or his counsel within two (2) weeks, in connection with the preparation and filing of this motion and its previous motion to compel. (Rec. doc. 11). Within that same time frame, plaintiff is to respond to defendant's outstanding discovery requests if he has not already done so. Plaintiff's failure to comply with the terms of this order shall result in a recommendation that his claims against C&M be dismissed.

_____ : Denied.

_____ : Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE