UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW McCORD                          CIVIL ACTION

VERSUS                                 NUMBER: 11-00522

FAB-CON, INC., ET AL.                  SECTION: "J"(5)

ORDER ON MOTION
JANUARY 3, 2012

APPEARANCES:

MOTION:

(1)   C&M's  Motion for Sanctions (Rec. doc. 15)

_____:  Continued to

__1___:  No opposition filed within the time limit prescribed by
         Local Rule 7.5.

_____:  Opposition

<u>ORDERED</u>

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

___1___ :     Granted as unopposed. The Court hereby awards defendant $875.00 in attorney's fees and costs, payable by plaintiff and/or his counsel within two (2) weeks, in connection with the preparation and filing of this motion and its previous motion to compel. (Rec. doc. 11). Within that same time frame, plaintiff is to respond to defendant's outstanding discovery requests if he has not already done so. Plaintiff's failure to comply with the terms of this order shall result in a recommendation that his claims against C&M be dismissed.

_____ :     Denied.

_____ :     Other.


_____
              ALMA L. CHASEZ
    UNITED STATES MAGISTRATE JUDGE